# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JOHN HORSEFIELD and MARILYN S. BYRNE,**

      **Plaintiffs,**

**v.**                                           **Case No:5:12-CV-288-Oc-32PRL**

**TAYLOR BEAN & WHITAKER MORTGAGE CORP. and DOES 1 THROUGH 100**

      **Defendants.**
_____/

## ORDER

Pending before the Court is the pro se Plaintiffs' Motion for Default Judgment Against Defendant Taylor Bean & Whitaker Mortgage Corporation. (Doc.10). Pursuant to Rule 55(a), Fed.R.Civ.P, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

Here, Plaintiffs served Defendant Taylor Bean & Whitaker Mortgage Corporation on June 25, 2012. (Doc. 6). On July 19, 2012, Plaintiffs filed the instant Motion contending that Defendant had not yet filed a responsive pleading to the Complaint. However, a review of the docket shows that Defendant filed a motion to dismiss on July 16, 2012. (Doc. 7). Accordingly, Plaintiffs' Motion for Default Judgment Against Defendant Taylor Bean & Whitaker Mortgage Corporation (Doc. 10) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on July 20, 2012.


PHILIP R. LAMMENS
United States Magistrate Judge


Copies furnished to:

Counsel of Record
Unrepresented Parties